JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

QUANESHA SMITH,                    ) CASE NO. 2:24-cv-00666-AS
    Plaintiff,                  )
                                   ) [~~PROPOSED~~]
      vs.                     ) **JUDGMENT**
                                   )
MARTIN O'MALLEY,                   )
Commissioner of Social Security,   )
                                   )
    Defendant.                  )
_____)

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 18, 2024

                                  / s / Sagar
                             HON. ALKA SAGAR
                             UNITED STATES MAGISTRATE JUDGE