UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANESHA SMITH<br><br>　　Plaintiff,<br><br>　　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No. CV24-00666-AS<br><br>[PROPOSED] **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　Based upon the parties' Stipulation for the Award and Payment of Justice Act Fees, **IT IS ORDERED** that fees and expenses in the amount of **$2,690.82** as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

DATED: November 12, 2024　　　　　　　　／s／ Sagar
　　　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE